Commonwealth ex rel. Stipe *v.* Anderson et ux., Appellants.

Argued December 18, 1964. Before ERVIN, WRIGHT, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., and WOODSIDE, J., absent).

*Joseph F. Mulcahy, Jr.,* for appellants.

*Melvin G. Levy,* with him *McClenachan, Blumberg & Levy,* for appellees.

OPINION PER CURIAM, January 15, 1965:
The order of the Court of Common Pleas of Delaware County is affirmed on the opinion of President Judge E. LEROY VAN RODEN, specially presiding, for the court below, reported at 34 Pa. D. & C. 2d 549.